**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

JPMorgan Chase Bank, National Association
17-72652

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | No. 17-14384-mkn |
| Ovidiu Remus Ene | Chapter  13 |
| Debtors. | Date: December 3, 2017<br>Time: 1:30 p.m. |

### OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

JPMorgan Chase Bank, National Association, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objection to that certain Chapter 13 Plan proposed by the Debtors:

This objecting secured creditor holds the first Deed of Trust on the subject property generally described as 6635 W Oquendo Road, Las Vegas, NV 89118. As of August 10, 2017, the amount in default was approximately $14,628.94, pursuant to the forthcoming proof of claim to be filed by JPMorgan Chase Bank, National Association.  The Debtors' Chapter 13 Plan lists the arrearage owing to Secured Creditor as $0.00.  Secured creditor requests that the arrearages as will be set forth in the Proof of Claim be filed through the Plan.

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate of the Objections specified above in order to be feasible and to provide adequate protection to this Secured Creditor.

It is respectfully requested that Confirmation of the Chapter 13 Plan as proposed by the Debtors be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief as this Court deems just and proper.

DATED this 2 day of November, 2017.

**TIFFANY & BOSCO, P.A.**

By /s/ Gregory L. Wilde
    **Gregory L. Wilde, Esq.**
    Attorney for Secured Creditor
    212 South Jones Boulevard
    Las Vegas, NV  89107

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

JPMorgan Chase Bank, National Association
17-72652

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | No. 17-14384-mkn |
| Ovidiu Remus Ene | Chapter 13 |
|        Debtors, | Date: December 3, 2017<br>Time: 1:30 p.m. |

### CERTIFICATE OF MAILING OF OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

1. On 11/2/17 I served the following documents:

    OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

2. I caused to be served the above-named document by the following means to the persons as listed below:

    X   **a. ECF System**

        Roger P. Croteau
        croteaulaw@croteaulaw.com
        Attorney for Debtors

        Kathleen A. Leavitt

        courtsecf3@las13.com
        Trustee

X  **b. United States mail, postage fully prepaid:**

        Ovidiu Remus Ene
        5840 Red Rock Street
        Las Vegas, NV  89118
        Debtors

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 2nd day of November, 2017.

By: /s/ Brad Anderson